UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOARD OF TRUSTEES SHEET METAL
WORKERS NATIONAL PENSION FUND,

        Plaintiffs,

                              Case Number 11-50073
v.                                Honorable David M. Lawson

WG HEATING, LLC and
WINCHESTER LAND, LLC,

        Defendants.
_____/

**ORDER DENYING *EX PARTE* MOTION FOR ENTRY OF ORDER MODIFYING RESTRAINING ORDER AND AUTHORIZING DISBURSEMENT OF GARNISHED FUNDS**

        The matter is before the Court on the plaintiff's *ex parte* motion for entry of order modifying restraining order and authorizing disbursement of garnished funds. The Court finds that it is improper to adjudicate this motion on an *ex parte* basis. All of the parties have a right to notice and an opportunity to be heard. *See Fuentes v. Shevin*, 407 U.S. 67, 90-91 (1972). Therefore, the Court will deny the plaintiff's motion without prejudice. It may be resubmitted as a motion in compliance with the local rules. *See* E.D. Mich. LR 7.1.

        Accordingly, it is **ORDERED** that the plaintiff's *ex parte* motion for entry of order modifying restraining order and authorizing disbursement of garnished funds [dkt. #195] is **DENIED WITHOUT PREJUDICE**.

                                                         s/David M. Lawson
                                                         DAVID M. LAWSON
                                                         United States District Judge

Dated:   September 2, 2011

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 2, 2011.

                                            s/Deborah R. Tofil
                                            DEBORAH R. TOFIL